IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAMONT MORRIS, | No. C 19-7164 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| CITY OF HEMET; ROB WEDD; T. BREWER; J. GARDNER; | |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred in the City of Hemet, in Riverside County, which is located within the venue of the United States District Court for the Central District of California. Defendants are the City of Hemet, as well as several of its employees, and are all in Riverside County. Venue, therefore, properly lies in that Central District. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The clerk shall transfer this case forthwith.

**IT IS SO ORDERED.**

Dated: November  6 , 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE